# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 2:10-cr-547-RLH-GWF |
| GHAFOURIA et al., | ) ) | |
| Defendant. | ) ) | **ORDER** |

The above entitled matter is HEREBY REFERRED to Magistrate Judge Foley for all matters concerning budgetary issues and voucher approvals submitted pursuant to the Criminal Justice Act.

DATED this 18th of January, 2011..

_____
CHIEF UNITED STATES DISTRICT JUDGE